# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |  |
|---|---|---|
| Cynthia F. Cox | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) ) | Civil Action No.: 5:17-332-CMC |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g)

for further administrative action.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, who adopted the
Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

<table>
<tr><td></td><td>ROBIN L. BLUME</td></tr>
<tr><td>Date:   April 12, 2018</td><td>*CLERK OF COURT*</td></tr>
<tr><td></td><td>s/Glenda J. Nance</td></tr>
<tr><td></td><td>*Signature of Clerk or Deputy Clerk*</td></tr>
</table>