IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Cynthia F. Cox,<br>    Plaintiff,<br>vs.<br>Nancy A. Berryhill, Acting Commissioner<br>of Social Security,<br>    Defendant. | Civil Action No. 5:17-cv-332-CMC<br><br>**ORDER** |

On June 29, 2018, Plaintiff's attorney filed a petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 30. The petition seeks an award of $8,666.90, representing 44 attorney hours, plus costs of $400. *Id.* On July 11, 2018, the parties filed a Stipulation for Attorney's Fees under the EAJA, agreeing to payment of $7,500 in attorneys' fees and $400 in costs. ECF No. 31.

The court has reviewed the fee petition and the parties' stipulation wherein the parties stipulate, subject to the approval of the court, Plaintiff should be awarded compensation for all legal services rendered in the amount of $7,500.00 in attorney's fees. Accordingly, pursuant to the parties' stipulation, Plaintiff shall be awarded Seven Thousand Five Hundred dollars and Zero cents ($7,500.00) in attorney's fees.[1] These fees are to be made payable to Cynthia F. Cox, and delivered by Defendant to the business address of Plaintiff's counsel.

  **IT IS SO ORDERED**.

                s/Cameron McGowan Currie
                CAMERON MCGOWAN CURRIE
                Senior United States District Judge

Columbia, South Carolina
July 12, 2018

---

[1] Plaintiff's previously filed EAJA petition (ECF No. 30) has been withdrawn.